JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| GABRIEL MARQUEZ, | No. CV 19-04863-JLS (DFM) |
| Petitioner, | JUDGMENT |
| v. |  |
| STU SHERMAN, |  |
| Respondent. |  |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed and this action is dismissed with prejudice.

Date: September 6, 2020

_____
JOSEPHINE L. STATON
United States District Judge